UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVA LEWIS,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

Case No. 15-13903

Honorable Nancy G. Edmunds

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [13]**

In a Report and Recommendation ("R&R") issued on February 15, 2017, Magistrate Judge Anthony Patti recommends that the Court grant Defendant Commissioner of Social Security's motion for summary judgment (Dkt. 11), deny Plaintiff Eva Lewis' motion for summary judgment (Dkt. 10), and affirm Defendant's determination that Plaintiff is not entitled to social security benefits. Neither party has filed objections to the R&R, and the deadline for doing so has passed. The parties' failure to file objections to the R&R waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Furthermore, the failure to object to the R&R releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). Nonetheless, having reviewed the R&R, the underlying motions, and the record, the Court concurs with the Magistrate Judge's analysis, and therefore ACCEPTS and ADOPTS the Magistrate Judge's R&R.

Accordingly, is hereby ordered, for the reasons stated in the R&R, that Defendant's motion for summary judgment is GRANTED, Plaintiff's motion for summary judgment is DENIED, Defendant's decision is AFFIRMED, and the case is DISMISSED.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  March 6, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 6, 2017, by electronic and/or ordinary mail.

s/Carol J. Bethel
Case Manager

2